IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
SEP 2 7 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA

-vs-  CAUSE NO. A-12-CR-310-SS

GERALD LYNN RAGLAND

## O R D E R

BE IT REMEMBERED on this day, the Court reviewed the file in the above-styled cause, and specifically the "Unopposed Motion for Presentence Study" pursuant to 18 U.S.C. § 3552(b), and thereafter, enters the following:

IT IS ORDERED that the motion is DISMISSED without prejudice to refiling after this Court's receipt of the presentence investigation made by the United States Probation Office. At that time and after review, if defense counsel desires to renew the motion, the motion may be refiled.

SIGNED this the 26th day of September 2012.

_____
UNITED STATES DISTRICT JUDGE